UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-388-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TYRONE BRAGG, )<br>Defendant. )<br>) | **MOTION TO SEAL DOCKET**<br>**ENTRY NO. 497** |

Upon Motion of the Defendant, it is hereby ORDERED that Docket Entry Number 497 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

SO ORDERED. This, the **23** day of September, 2022.

*/s/ Dever*
JAMES C. DEVER III
United States District Judge