IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-388-D
No. 5:24-CV-224-D

| | | |
|---|---|---|
| TYRONE BRAGG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

For the reasons stated in the United States' memorandum [D.E. 782], the court GRANTS the United States' motion to dismiss [D.E. 781] and DISMISSES petitioner's motion to vacate under 28 U.S.C. § 2255 [D.E. 710]. The court DENIES a certificate of appealability. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

SO ORDERED. This 5 day of November, 2025.

JAMES C. DEVER III
United States District Judge